UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CLYDE LYNCH (#214659)

VERSUS

WARDEN LYNN COOPER

CIVIL ACTION

NO. 11-855-JJB-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated April 26, 2012 (doc. no. 4) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's application for habeas corpus relief is DISMISSED as untimely and as barred by procedural default.

Baton Rouge, Louisiana, this 17th day of May, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA